STATE OF CONNECTICUT *v.* DOROTHY PETRUCELLI

## STATE OF CONNECTICUT *v.* ARTHUR J. PETRUCELLI, JR.

The defendants' petition for certification for appeal from the Appellate Court, 81 Conn. App. 903 (AC 23528/AC 23529), is denied.

*Jeffrey D. Brownstein,* in support of the petition.

*Eileen F. McCarthy,* assistant state's attorney, in opposition.

Decided June 2, 2004

## STATE OF CONNECTICUT *v.* CODLYN B. DALEY

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 641 (AC 23567), is denied.

*Matthew Costello,* in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided June 2, 2004

## CARL S. FEEN *v.* NEW ENGLAND BENEFIT COMPANIES, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 772 (AC 23903), is denied.

*Wesley W. Horton, Daniel J. Krisch, Timothy P. Pothin, Marisa A. Bellair,* in support of the petition.

*Ira B. Grudberg* and *Alinor C. Sterling,* in opposition.

Decided June 2, 2004